# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 23-00013-SB (DFM) | Date: | November 26, 2024 |
|---|---|---|---|
| Title | Ismail Mora v. John Doe et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Current Address

On September 13, 2024, the Court issued an order to show cause for Plaintiff to file an updated status report explaining: (1) what written questions Plaintiff has served on the Ventura County Sheriff's Department; (ii) what response, if any, Plaintiff has received; and (3) what additional information, if any, is necessary for Plaintiff to identify the John Doe defendants so that he can insert their names into the pleadings. See Dkt. 44. This order was returned as undeliverable. See Dkt. 45.

Local Rule 41-6 requires a party proceeding pro se to "keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." The Rule allows for dismissal for failure to comply: "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

**Accordingly, Plaintiff is ordered to provide a current address to the Court within fourteen (14) days of this order. Failure to do so may result in the case being dismissed with prejudice for failure to prosecute. Once Plaintiff has done so, he will have an additional fourteen (14) days to file his updated status report.**