JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE et al.,<br><br>Defendants. | No. 2:23-cv-00013-SB-DFM<br><br>FINAL JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that that this action is dismissed without prejudice for failure to prosecute.

Date: February 7, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge